IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

    Plaintiff,

v.

DOUG BELLILE, et al.

    Defendants.

ORDER

20-cv-337-wmc
App. No. 22-2680

Plaintiff Larry J. Brown has filed a notice of appeal from the court's September 13, 2022 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified resident account statement (or institutional equivalent). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Larry J. Brown may have until November 2, 2022 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified resident account statement for the six-month period preceding the filing of the appeal. Failure to comply as directed may result in the dismissal of this appeal.

Entered this 11th day of October, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge